# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| CORNELL MITCHELL, | ) | No. CV 09-9032-ODW (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | ) | |
| Respondents. | ) | |

Pursuant to the order adopting the magistrate judge's final report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: September 30, 2011

HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE